FRED A. JONES, Respondent, v. JAMES F. WATERS, INC., Appellant. (Action No. 1.) — In an action to recover an alleged balance due for services rendered

and commissions earned as sales manager of defendant corporation, order granting defendant's motion for leave to serve a second amended answer, but denying its motion for summary judgment, insofar as appealed from affirmed, with $10 costs and disbursements. No opinion. Close, P. J., Hagarty, Johnston, Lewis and Aldrich, JJ., concur.